IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SAMUEL PAUL NOWLIN                                                                                         PLAINTIFF

VS.                                        Civil No. 16-cv-1064

EDWIN KEATON, Circuit Judge                                                                       DEFENDANT

## ORDER

Before the Court is the Report and Recommendation filed July 18, 2016, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 5). Judge Bryant recommends that Plaintiff's Complaint be dismissed. The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Therefore, the Court adopts the Report and Recommendation *in toto*. Plaintiff's Complaint is hereby **DISMISSED**. This dismissal is counted as a strike pursuant to 28 U.S.C. § 1915(g).

**IT IS SO ORDERED**, this 9th day of August, 2016.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge